IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| GUTHRIE | : | 02-1507 |
| KIRKLAND | : | 02-1512 |
| OTEY | : | 02-1534 |
| IRWAN | : | 02-1545 |
| PRICE | : | 02-1558 |
| BEAM | : | 02-1640 |
| JOHNSON | : | 02-1947 |
| TURNER | : | 02-2004 |
| EISENBERG | : | 02-2057 |
| DEVLIN | : | 02-2299 |
| PARISI | : | 02-2342 |
| LIEBHERR | : | 02-2436 |
| FINCH | : | 02-2450 |
| MARLOW | : | 02-2470 |
| GAETA | : | 02-2539 |
| QUIDASOL | : | 02-2592 |
| KUBERA | : | 02-3058 |
| DELATTE | : | 02-3093 |
| LORIMER | : | 02-3128 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

   **AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

  [ ] - Order staying these proceedings pending disposition of a related action.

  [ ] - Order staying these proceedings pending determination of arbitration proceedings.

  [ ] - Interlocutory appeal filed.

[ X ]        -        Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Clarence C. Newcomer, Judge**